STATE OF NEW JERSEY, DEPARTMENT OF
ENVIRONMENTAL PROTECTION v.
KUEHNE CHEMICAL COMPANY.

March 8, 1989.

Petition for certification denied.

SUSAN ANTHEUNISSE v. TIFFANY & COMPANY, INC.

March 8, 1989.

Petition for certification denied.   (See 229 *N.J.Super.* 399).

IN THE MATTER OF THE ESTATE OF FLORENCE LUPIA.

March 8, 1989.

Petition for certification denied.

PORT OF MONMOUTH DEVELOPMENT CORP. v. TOWNSHIP OF
MIDDLETOWN.

March 8, 1989.

Petition for certification denied.   (See 229 *N.J.Super.* 445).